Kelly H. Dove
Nevada Bar No. 10569
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: kdove@swlaw.com

*Attorney for Defendant Bank of America, N.A.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY YIP, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant.<br><br>———————————————<br>A.M. HAMILTON, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Case No. 2:21-cv-01254-RFB-EJY<br><br>Consolidated with:<br>2:21-cv-02149-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**(First Request)**<br><br>Case No. 2:22-cv-00374-RFB-EJY |

Plaintiffs Tiffany Yip, et al. and A.M. Hamilton ("Plaintiffs") and Bank of America, N.A. ("Defendant," and together with Plaintiffs, the "Parties"), by and through their respective counsel, hereby submit this stipulation for an extension of time for Defendant's responsive pleadings or motions in *Yip v. Bank of America*, No. 2:21-cv-01254, and *Hamilton v. Bank of America*, No. 2:22-cv-00374. This is the first request for an extension of either of these deadlines.

Defendant's deadline for responding to the First Amended Complaint in *Yip* is April 20, 2022. *Yip*, ECF. No. 28. Defendant's response to the *Hamilton* Complaint is due on May 9, 2022. *Hamilton*, ECF. No. 8. However, Defendant has filed a motion to consolidate *Hamilton*

with *Yip* for all pretrial purposes, including briefing on Defendant's anticipated motion to dismiss. *Yip* ECF No. 32; *Hamilton*, ECF No. 10.  Plaintiffs will oppose the motion.

The Parties ask that the Court continue the current deadlines for Defendant's response to the complaints until after the Court has ruled on Defendant's motion to consolidate.  Doing so will allow the Court to first rule on the issue of consolidation before the Parties proceed with the motion to dismiss briefing, and may avoid the filing of potentially unnecessary briefs.  In order to avoid further delays based on amendments to the complaints, the Parties also agree that the *Hamilton* plaintiff may file an amended complaint prior to the Court's ruling on Defendant's Motion to Consolidate.

The Parties therefore stipulate as follows:

Defendant's anticipated motion or motions to dismiss shall be due 30 days after this Court's ruling on the Motion to Consolidate.

Plaintiffs' opposition(s) to Defendant's motion(s) shall be due 30 days after the deadline for Defendant's motion(s).

Defendant's reply(ies) shall be due 21 days after the deadline for Plaintiffs' opposition(s).

The *Hamilton* plaintiff may amend his complaint until the Court rules on the Motion to Consolidate (this shall not limit his ability to amend further to the extent permitted by the Federal Rules of Civil Procedure or the Court).

IT IS SO STIPULATED.

Dated: April 12, 2022

By: /s/ Michael Kind
Michael Kind (No. 13903)
KIND LAW
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
mk@kindlaw.com

George Haines (No. 9411)
Gerardo Avalos (No. 15171)
FREEDOM LAW FIRM
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com

Joshua Swigart (pro hac vice)
SWIGART LAW GROUP, APC
221 Camino del Rio S., Suite 308
San Diego, CA 92108
(866) 219-3343
josh@swigartlawgroup.com

*Attorneys for Plaintiff Tiffany Yip, et al.*

By: /s/ George O. West
George O. West III (No. 7951)
LAW OFFICES OF GEORGE O. WEST III
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
(702) 664-1168
gowesq@cox.net

E. ADAM WEBB (pro hac vice)
WEBB, KLASE & LEMOND LLC
1900 The Exchange S.E., Suite 480
Atlanta, Georgia 30339
(770) 444-0773
adam@webbllc.com

*Attorneys for Plaintiff A.M. Hamilton*

IT IS SO ORDERED.

4891-9765-6091

Dated: April 12, 2022

By: /s/ Kelly H. Dove
Kelly H. Dove (No. 10569)
SNELL & WILMER LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
(702) 784-5200
kdove@swlaw.com

James McGarry (pro hac vice)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000
jmcgarry@goodwinlaw.com

Yvonne Chan (pro hac vice)
JONES DAY
100 High Street
Boston, MA 02210
(617) 449-6914
ychan@jonesday.com

*Attorneys for Defendant Bank of America, N.A.*

**ORDER**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 12th, 2022