Kelly H. Dove
Nevada Bar No. 10569
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: kdove@swlaw.com

*Attorney for Defendant Bank of America, N.A.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY YIP, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant.<br><br>_____<br><br>A.M. HAMILTON, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Case No.  2:21-cv-01254-ART-EJY<br><br>Consolidated with:<br>2:21-cv-02149-APG-BNW<br><br>**STIPULATION AND ORDER TO ALLOW AMENDED COMPLAINT AND EXTEND TIME TO RESPOND TO THE COMPLAINTS**<br><br>**(First Request)**<br><br>Case No. 2:22-cv-00374-ART-EJY |

Plaintiffs Tiffany Yip, et al. and A.M. Hamilton ("Plaintiffs") and Bank of America, N.A. ("Defendant," and together with Plaintiffs, the "Parties"), by and through their respective counsel, hereby submit this stipulation to allow Plaintiff Hamilton to file an Amended Complaint and for an extension of time for Defendant's forthcoming motions to dismiss in the consolidated cases *Yip v. Bank of America*, No. 2:21-cv-01254, and *Hamilton v. Bank of America*, No. 2:22-cv-00374.  This is the first request for an extension of these response deadlines, which were set forth

in the court's October 18, 2022 Order Consolidating Cases for Pretrial Purposes.  *See Yip*, ECF No. 40; *Hamilton*, ECF No. 17.

On April 11, 2022, Defendant moved to consolidate *Yip* and *Hamilton*.  *Yip*, ECF No. 32; *Hamilton*, ECF No. 10.  While the motion to consolidate was pending, the Parties stipulated, and the Court Ordered, that Defendant's anticipated motion(s) to dismiss would be due 30 days after the Court's ruling on the motion to consolidate; Plaintiffs' opposition(s) would be due 30 days after the deadline for Defendant's motion(s); and Defendant's reply(ies) would be due 21 days after the deadline for Plaintiff's opposition.  *Yip*, ECF No. 33 at 2; *Hamilton*, ECF No. 12 at 2.  On October 18, 2022, the Court granted Defendant's Motion to Consolidate and ordered the cases "partially consolidated for pretrial purposes," but specified that separate motions to dismiss must be filed.  *Yip*, ECF No. 40 at 6 & n.1; *Hamilton*, ECF No. 17 at 6 & n.1.  As a result, Defendant must respond to the *Yip* First Amended Complaint and the *Hamilton* Complaint on or before November 17, 2022.  *Yip*, ECF. No. 40; *Hamilton*, ECF No. 17.  Following the issuance of the Court's consolidation order, counsel for the *Hamilton* plaintiff informed Defendant's counsel that an amended complaint will be filed in that case by October 28, 2022.

In order to ensure counsel for Defendant has sufficient time to review and respond to the forthcoming amended complaint in *Hamilton*, and in light of the upcoming holidays, the Parties have agreed to the following schedule:

Plaintiff Hamilton, pursuant to Rule 15(a)(2), will file an amended complaint by October 28, 2022;

Defendant's anticipated motions to dismiss for both *Hamilton* and *Yip* shall be due on December 8, 2022;

Plaintiffs' oppositions to Defendant's motions to dismiss shall be due on January 26, 2023;

Defendant's replies in support of their motions to dismiss shall be due 28 days after the deadline for Plaintiffs' oppositions, but in any event no earlier than January 30, 2023.

IT IS SO STIPULATED.

Dated: October 28, 2022

By: /s/ Michael Kind
Michael Kind (No. 13903)
KIND LAW
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
mk@kindlaw.com

George Haines (No. 9411)
Gerardo Avalos (No. 15171)
FREEDOM LAW FIRM
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com

Joshua Swigart (pro hac vice)
SWIGART LAW GROUP, APC
221 Camino del Rio S., Suite 308
San Diego, CA 92108
(866) 219-3343
josh@swigartlawgroup.com

*Attorneys for Plaintiff Tiffany Yip, et al.*

By: /s/ George O. West
George O. West III (No. 7951)
LAW OFFICES OF GEORGE O. WEST III
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
(702) 664-1168
gowesq@cox.net

E. ADAM WEBB (pro hac vice)
WEBB, KLASE & LEMOND LLC
1900 The Exchange S.E., Suite 480
Atlanta, Georgia 30339
(770) 444-0773
adam@webbllc.com

*Attorneys for Plaintiff A.M. Hamilton*

Dated: October 28, 2022

By: /s/ Kelly H. Dove
Kelly H. Dove (No. 10569)
SNELL & WILMER LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
(702) 784-5200
kdove@swlaw.com

James McGarry (pro hac vice)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000
jmcgarry@goodwinlaw.com

Yvonne Chan (pro hac vice)
JONES DAY
100 High Street
Boston, MA 02210
(617) 449-6914
ychan@jonesday.com

*Attorneys for Defendant Bank of America, N.A.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 31, 2022